```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

TRAVELERS INDEMNITY COMPANY,   )
et al.,                         )
                                )
            Plaintiffs,          )
                                )
        vs.                      )     No. 4:06-CV-824 (CEJ)
                                )
AMERICAN HOME ASSURANCE         )
COMPANY                         )
                                )
            Defendant.           )

## ORDER

**IT IS HEREBY ORDERED** that the parties shall submit complete transcripts of all deposition testimony that is cited in support of or in opposition to a motion. Excerpted portions of a witness's deposition testimony will not be considered by the Court absent a showing of good cause for not submitting the entire transcript.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 25th day of September, 2006.