```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
                        EASTERN DIVISION
```

TRAVELERS INDEMNITY COMPANY,  )
et al.,                       )
                              )
            Plaintiffs,       )
                              )
       vs.                    )   No. 4:06-CV-824 (CEJ)
                              )
AMERICAN HOME ASSURANCE       )
COMPANY,                      )
                              )
            Defendant.        )

### MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that this case is removed from the trial docket of January 28, 2008. The Court will determine whether the case should be re-set for trial following disposition of the pending motions for summary judgment.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 10th day of December, 2007.