UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY, et al., ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | No. 4:06-CV-824 (CEJ) |
| AMERICAN HOME ASSURANCE COMPANY, ) ) ) | |
| Defendant. ) | |

**JUDGMENT**

In accordance with the Memorandum and Order entered this date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant American Home Assurance Company and against plaintiffs Travelers Indemnity Company and TIG Insurance Company. Plaintiffs shall bear the costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 6th day of August, 2008.